[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14608
Non-Argument Calendar

_____

D.C. Docket No. 6:19-cr-00253-RBD-LRH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE SANCHEZ,
a.k.a. Jose Martin Sanchez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 20, 2021)

Before WILSON, ROSENBAUM, and BRASHER, Circuit Judges.

PER CURIAM:

Melissa Fussell, appointed counsel for Jose Martin Sanchez in this direct

criminal appeal, has moved to withdraw from further representation of Sanchez and

filed a brief based on *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sanchez's convictions and sentences are **AFFIRMED**.